1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

9   SCOTT AARON LINDRUM,                         Case No. 3:16-cv-00230-LRH-WGC
                                Plaintiff,
10       v.                                      ORDER

11   NANCY A. BERRYHILL,
12   Acting Commissioner of Social Security,

13                               Defendant.

14

15      Before this Court is the Report and Recommendation of U.S. Magistrate Judge

16   William G. Cobb (ECF No. 22) entered on January 20, 2017, recommending granting in

17   part plaintiff's motion for reversal or remand (ECF No. 9) entered on August 7, 2016,

18   and denying defendant's cross-motion to affirm (ECF No. 19) entered on November 29,

19   2016. On February 3, 2017, defendant filed its Objections to the Magistrate Judge's

20   Report and Recommendations (ECF No. 23) and on February 7, 2017, plaintiff filed his

21   Response to Defendant's Objections to the U.S. Magistrate Judge's Report and

22   Recommendations (ECF No. 24).

23      The action was referred to the Magistrate Judge pursuant to 28 U.S.C. §

24   636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District

25   Court for the District of Nevada.

26      The Court has conducted its *de novo* review in this case, has fully considered

27   defendant's objections, the response of plaintiff, and the pleadings and memoranda of

28

1

1  the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B)

2  and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and

3  Recommendation (ECF No. 22) entered on January 20, 2017, should be adopted and

4  accepted.

5       IT IS THEREFORE ORDERED that the Magistrate Judge's Report and

6  Recommendation (ECF No. 22) entered on January 20, 2017, is adopted and accepted,

7  and plaintiff's motion for reversal or remand (ECF No. 9) is **GRANTED in part** and this

8  matter is **REMANDED** for further development consistent with the Report and

9  Recommendation (ECF No. 22).

10      IT IS FURTHER ORDERED that defendant's cross-motion to affirm (ECF No. 19)

11  is **DENIED**.

12      IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment in

13  this matter.

14      IT IS SO ORDERED.

15      DATED this 15th day of February, 2017.

16

17                                        _____
                                          LARRY R. HICKS
18                                        UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28