UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

SCOTT AARON LINDRUM, | Case No. 3:16-cv-00230-LRH-(WGC)

Plaintiff, | ORDER

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

Defendant.

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (ECF No. 31) entered on February 5, 2018, recommending granting plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 28). No objection to the Report and Recommendation has been filed.

The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 31) entered on February 5, 2018, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 31) entered on February 5, 2018, is adopted and accepted,

1

and plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 28) is GRANTED.

IT IS FURTHER ORDERED that plaintiff is AWARDED $4,889.44 under the Equal Access to Justice Act.

IT IS FURTHER ORDERED that this award shall be paid by the government directly to plaintiff's counsel pursuant to plaintiff's assignment.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment in this matter.

IT IS SO ORDERED.

DATED this 14th day of March, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE